| AUSA: | Andrew J. Yahkind | Telephone: | (313) 715-6603 |
|---|---|---|---|
| Special Agent: | Kevin Starrs | Telephone: | (571) 456-8733 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Dennis Carlton Evans

Case No.  Case: 2:22−mj−30048
Assigned To : Unassigned
Assign. Date : 1/31/2022
USA V. SEALED MATTER (CMP)(CMC)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 29, 2022__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1073 | Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Kevin J. Starrs Jr_
Complainant's signature

Kevin Starrs-Special Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_[signature]_
Judge's signature

Date: __January 31, 2022__

City and state: __Detroit, Michigan__

Kimberly G. Altman, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF
# COMPLAINT AND ARREST WARRANT

I, Kevin J. Starrs Jr., being sworn, depose and state the following:

## I.     INTRODUCTION & AGENT BACKGROUND

1.     I have been employed as a Special Agent with the FBI since June of 2021. I am currently assigned to the FBI Detroit Division's Macomb County Gang Violent Crime Task Force (MCGVCTF). As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.     I submit this affidavit in support of complaints and arrest warrants for Dennis Carlton Evans, date of birth XX/XX/1961. I submit this affidavit for the limited purpose of establishing probable cause and therefore it does not include all of the information known to law enforcement related to this investigation.

3.     The information contained in this affidavit is based on my personal knowledge and observations during the course of this investigation, law enforcement reports that I have reviewed, communications with others who have personal knowledge of the events

and circumstances described in this affidavit, and information gained through my training and experience.

4. On January 31, 2022, the Office of the Prosecuting Attorney, Macomb County, Mount Clemens, Michigan, issued an arrest warrant for EVANS charging him with: Count 1: Homicide – Murder First Degree – Premeditated; Count 2: Weapons – Felony Firearm; Count 3: Assault with Intent to Murder; Count 4: Weapons – Felony Firearm; Count 5: Weapons – Firearms – Possession by Felon; Count 6: Weapons – Felony Firearm; County 7: Controlled Substance - Delivery/Manufacture (Cocaine, Heroin or Another Narcotic) 50-449 Grams, all felonies under the laws in the State of Michigan. Therefore, Evans currently has valid felony warrants out of the State of Michigan.

5. Based on the facts set forth in this Affidavit, probable cause exists that EVANS traveled from Michigan to another state with the intent to avoid prosecution for the aforementioned charges, in violation of 18 U.S.C. § 1073 (interstate flight to avoid prosecution).

## II.   PROBABLE CAUSE

6. On January 27, 2022, at approximately 1640 hours, Eastpointe Police Department Officers were dispatched to the area of

16481 E 10 Mile, Eastpointe, Michigan, related to a possible shooting in the parking lot of the apartment complex. Upon arrival, Officers located two gunshot victims, one male victim that was deceased, and one female victim.

7. The female victim, who appeared to have two gunshot wounds, advised Officers, "It was Dennis who lives in number 10." The female victim was transported to a medical facility for treatment.

8. A check of LEIN/SOS and public source databases revealed that Dennis Carlton EVANS resides at 16481 E 10 Mile, Apartment #10, Eastpointe, Michigan. A review of criminal history information revealed that EVANS has a felony conviction for 2nd Degree Murder - Homicide, June, 1979; felony conviction for 1st Degree Murder - Homicide, two counts, and 2nd Degree Murder - Homicide, one count, April, 1991.

9. Investigation by Eastpointe Police located a cooperating witness (CW) who indicated that he/she had communication with EVANS within the last 72 hours, via cellular telephone, with EVANS using the following phone number: 248-727-4351.

-3-

10. Eastpointe investigators obtained a State Pen-Ping search warrant for the cellular telephone number, 248-727-4351 and the warrant was served to the provider. Information provided in response indicated that the telephone number was activated on January 29, 2022. Account information from T-Mobile shows subscriber is Djuan Miller, 12011 College St Detroit Michigan. Further, cellular location information placed the telephone exclusively in the San Antonio, Texas area from the time of its activation to the present time.

11. Within the last 72 hours, law enforcement officers communicated with another cooperating witness who told agents that he/she had communicated with another individual and that individual had seen EVANS in Texas within the last 72 hours.

### III.  CONCLUSION

12. Probable cause exists that Dennis Carlton EVANS, date of birth XX/XX/1961 moved and travelled in interstate with intent to avoid prosecution and/or imprisonment for homicide and weapons offenses, felonies under the laws of the state of Michigan, in violation of 18 U.S.C. § 1073, (interstate flight to avoid prosecution).

*Kevin J Starrs Jr*
Kevin J Starrs Jr
Special Agent, FBI

Sworn to before me and signed in my
presence and/or by reliable electronic means.

*Kim G Altman*

KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Dated: January 31, 2022